Form 173 − hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                Case No.: 18−25495−ABA
                Chapter: 13
                Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Rolando Reboredo−Diaz
    436 Vine Avenue
    Galloway, NJ 08205

Social Security No.:
    xxx−xx−7033

Employer's Tax I.D. No.:

## NOTICE OF HEARING

    NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:            April 26, 2022
Time:           10:00 AM
Location:      Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

**55** − Certification in Opposition to (related document:54 Creditor's Certification of Default (related document:28 Order on Motion For Relief From Stay) filed by Jonathan C. Schwalb on behalf of SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Bungalow Series IV Trust. Objection deadline is 03/30/2022. (Attachments: # 1 Exhibit A # 2 Proposed Order # 3 Certificate of Service) filed by Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Bungalow Series IV Trust) filed by Moshe Rothenberg on behalf of Rolando Reboredo−Diaz. (Rothenberg, Moshe)

and transact such other business as may properly come before the meeting.

Dated: March 30, 2022
JAN:

                                                              Jeanne Naughton
                                                              Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                      Case No. 18-25495-ABA

Rolando Reboredo-Diaz                                                                      Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 30, 2022 | Form ID: 173 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 01, 2022:**

**Recip ID          Recipient Name and Address**
db                  + Rolando Reboredo-Diaz, 436 Vine Avenue, Galloway, NJ 08205-4617

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 01, 2022                            Signature:            /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 30, 2022 at the address(es) listed below:

**Name                              Email Address**

Denise E. Carlon
    on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Harold N. Kaplan
    on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER hkaplan@rasnj.com informationathnk@aol.com

Isabel C. Balboa
    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com

Isabel C. Balboa
    ecfmail@standingtrustee.com summarymail@standingtrustee.com

Jonathan C. Schwalb
    on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Bungalow Series IV Trust bankruptcy@friedmanvartolo.com

District/off: 0312-1 | User: admin | Page 2 of 2
Date Rcvd: Mar 30, 2022 | Form ID: 173 | Total Noticed: 1

Kevin M. Buttery
    on behalf of Creditor Federal National Mortgage Association kbuttery@moodklaw.com

Moshe Rothenberg
    on behalf of Debtor Rolando Reboredo-Diaz moshe@mosherothenberg.com alyson@mosherothenberg.com;ajohn880@gmail.com

Phillip Andrew Raymond
    on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER phillip.raymond@mccalla.com mccallaecf@ecf.courtdrive.com

Rebecca Ann Solarz
    on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER rsolarz@kmllawgroup.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 10