Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−25495−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Rolando Reboredo−Diaz
   436 Vine Avenue
   Galloway, NJ 08205

Social Security No.:
   xxx−xx−7033

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 11/18/22.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: November 18, 2022
JAN: har

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                                   Case No. 18-25495-ABA

Rolando Reboredo-Diaz                                                                                     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                                        User: admin                                                  Page 1 of 3
Date Rcvd: Nov 18, 2022                           Form ID: 148                                             Total Noticed: 26

The following symbols are used throughout this certificate:
**Symbol       Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++       Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^        Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rolando Reboredo-Diaz, 436 Vine Avenue, Galloway, NJ 08205-4617 |
| cr | + | SN Servicing Corporation as servicer for U.S. Bank, Friedman Vartolo, LLP, 1325 Franklin Ave., Suite 160, Garden City, NY 11530-1631 |
| 517680881 | | Aimee Gonzalez, 6272 NW 186th St Apt 308, Hialeah, FL 33015-6053 |
| 517680883 | | Capital One, 10700 Capital One Dr, Richmond, VA 23238-1119 |
| 517805691 | + | FEDERAL NATIONAL MORTGAGE ASSOCIATION, Seterus, Inc, PO Box 1047, Hartford CT 06143-1047 |
| 517775194 | + | Lourdes Cardiology Services, P.C., Apex Asset Management, LLC, PO Box 5407, Lancaster, PA 17606-5407 |
| 517680889 | ++ | SETERUS INC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Seterus, 14523 SW Millikan Way Ste 200, Beaverton, OR 97005-2352 |
| 517775190 | + | Virtua Health System WJ, Apex Asset Management, LLC, PO Box 5407, Lancaster, PA 17606-5407 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 18 2022 20:41:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 18 2022 20:41:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517680882 | ^ | MEBN | Nov 18 2022 20:37:36 | Apex Asset Management, 2501 Oregon Pike Ste 102, Lancaster, PA 17601-4890 |
| 517680884 | + | EDI: CMIGROUP.COM | Nov 19 2022 01:33:00 | CMI, 4200 International Pkwy, Carrollton, TX 75007-1930 |
| 517773149 | | EDI: CAPITALONE.COM | Nov 19 2022 01:33:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517680885 | | Email/PDF: creditonebknotifications@resurgent.com | Nov 18 2022 20:44:29 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 517680886 | | EDI: DCI.COM | Nov 19 2022 01:38:00 | Diversified COnsultants, 10550 Deerwood Park Blvd Ste 309, Jacksonville, FL 32256-2805 |
| 517702171 | + | Email/Text: RASEBN@raslg.com | Nov 18 2022 20:41:00 | Federal National Mortgage Association, Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 517680887 | + | EDI: FLDEPREV.COM | Nov 19 2022 01:33:00 | Florida Department of Revenue, 2450 Shumard Oak Blvd, Tallahassee, FL 32399-7022 |
| 517807602 | | EDI: JEFFERSONCAP.COM | Nov 19 2022 01:38:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 517777499 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 18 2022 20:44:24 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, |

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 18, 2022 | Form ID: 148 | Total Noticed: 26 |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518182344 | + | Email/Text: RASEBN@raslg.com | Nov 18 2022 20:41:00 | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, 130 CLINTON ROAD, SUITE 202, FAIRFIELD, NJ 07004-2927 |
| 518309559 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 18 2022 20:41:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619094, Dallas, TX 75261-9741, Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619094, Dallas, TX 75261-9094 |
| 518309558 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 18 2022 20:41:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619094, Dallas, TX 75261-9094 |
| 518683721 | | Email/Text: bknotices@snsc.com | Nov 18 2022 20:42:00 | SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501 |
| 518683722 | | Email/Text: bknotices@snsc.com | Nov 18 2022 20:42:00 | SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501, SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501 |
| 517680888 | | Email/Text: enotifications@santanderconsumerusa.com | Nov 18 2022 20:42:00 | Santander Consumer USA, PO Box 560284, Dallas, TX 75356-0284 |
| 517799715 | + | EDI: AIS.COM | Nov 19 2022 01:38:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Federal National Mortgage Association, Robertson, Anschutz & Schneid P.L., 6409 Congress Ave., Suite 100, Boca Raton, FL 33487-2853 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2022         Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Harold N. Kaplan | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER hkaplan@rasnj.com kimwilson@raslg.com |
| Isabel C. Balboa | |

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 18, 2022 | Form ID: 148 | Total Noticed: 26 |

ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Isabel C. Balboa
    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Jonathan C. Schwalb
    on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Bungalow Series IV Trust bankruptcy@friedmanvartolo.com  jschwalb@ecf.courtdrive.com

Kevin M. Buttery
    on behalf of Creditor Federal National Mortgage Association kbuttery@moodklaw.com

Moshe Rothenberg
    on behalf of Debtor Rolando Reboredo-Diaz moshe@mosherothenberg.com alyson@mosherothenberg.com;ajohn880@gmail.com

Phillip Andrew Raymond
    on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER phillip.raymond@mccalla.com mccallaecf@ecf.courtdrive.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9